1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>              Plaintiff,<br>vs.<br>M. MENNCHEM, et al.,<br><br>              Defendants. | Case No. 3:23-cv-00138-MMD-CSD<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |
| KENTRELL D. WELCH,<br><br>              Plaintiff,<br>vs.<br>ROWLEY, et al.,<br><br>              Defendants. | Case No. 3:23-cv-00208-MMD-CSD<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

KENTRELL D. WELCH,

          Plaintiff,

vs.

JAMES DZURENDA, et al.,

          Defendants.

Case No. 3:23-cv-00224-ART-CLB

**ORDER GRANTING**

**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Kentrell D. Welch, in proper person, and Interested Party NDOC, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Senior Deputy Attorney General, based upon the Settlement Agreement between the parties at the Inmate Early Mediation Conference, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 21 day of February, 2024.

DATED this 29th day of February, 2024

AARON D. FORD
Attorney General

KENTRELL D. WELCH
Plaintiff, *Pro Se*

By: /s/ Leo T. Hendges
    LEO T. HENDGES, Bar No. 16034
    Senior Deputy Attorney General
    *Attorneys for Interested Party*

**ORDER**

Based on the parties' Stipulation to Dismiss with Prejudice (ECF No. 14), filed in *Welch v. Dzurenda, et al* (Case No. 3:23-cv-00224-ART-CLB), and good cause appearing, Case No. 3:23-cv-00224-ART-CLB is dismissed with prejudice, with each party to bear his own costs.

Anne R. Traum
United States District Judge

DATED: March 4, 2024