AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Interested Party
Nevada Department of
Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH, | Case No. 3:23-cv-00138-MMD-CSD |
| Plaintiff, | |
| vs. | |
| M. MENNCHEM, et al., | **STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

| | |
|---|---|
| KENTRELL D. WELCH, | Case No. 3:23-cv-00208-MMD-CSD |
| Plaintiff, | |
| vs. | |
| ROWLEY, et al., | **STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

| | |
|---|---|
| KENTRELL D. WELCH, <br><br>          Plaintiff, <br><br> vs. <br><br> JAMES DZURENDA, et al., <br><br>          Defendants. | Case No. 3:23-cv-00224-ART-CLB <br><br> **STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Kentrell D. Welch, in proper person, and Interested Party NDOC, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Senior Deputy Attorney General, based upon the Settlement Agreement between the parties at the Inmate Early Mediation Conference, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 21 day of February, 2024.      DATED this 28th day of February, 2024

                                             AARON D. FORD
                                             Attorney General

_/s/ Kentrell D. Welch_                      By: /s/ Leo T. Hendges
KENTRELL D. WELCH                            LEO T. HENDGES, Bar No. 16034
Plaintiff, *Pro Se*                          Senior Deputy Attorney General
                                             *Attorneys for Interested Party*

                                             **IT IS SO ORDERED.**

                                             _____
                                             UNITED STATES DISTRICT JUDGE

                                             **DATED:** March 11, 2024